PROVIDED TO APALACHEE CORRECTIONAL INSTITUTION ON 11-8-18 FOR MAILING
DATE TM

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

## SECOND AMENDED CIVIL RIGHTS COMPLAINT FORM
### TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983

Thaddeus Chaylon Martin,
Inmate # M85852
(Enter full name of Plaintiff)

vs.

Officer Horn,

Officer Mobley,

_____,

_____.

(Enter name and title of each Defendant. If additional space is required, use the blank area below and directly to the right.)

CASE NO: 4:18cv132-RH/CAS
(To be assigned by Clerk)

## ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:

AH
FILED USDC FLND TL
NOV 13 '18 PM 2:52

I. **PLAINTIFF:**

State your <u>full name</u>, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff: Thaddeus Chaylon Martin
Inmate Number: # M85852
Prison or Jail: Apalachee Correctional
Mailing address: Institution
35 Apalachee Drive
Sneads, FL 32460

II. **DEFENDANT(S):**

State the <u>name</u> of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for **every** Defendant:

(1) Defendant's name: Officer Horn
    Official position: Officer
    Employed at: Hamilton Correctional Annex
    Mailing address: 10650 S.W. 46th Street
    Jasper, FL 32052

(2) Defendant's name: Officer Mobley
    Official position: Officer
    Employed at: Hamilton Correctional Annex
    Mailing address: 10650 S.W. 46th Street
    Jasper, FL 32052

(3) Defendant's name: N/A
    Official position: N/A
    Employed at: N/A
    Mailing address: N/A
    N/A

**ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS**

2

III. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

**Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.**

IV. **PREVIOUS LAWSUITS**

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

    A. Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?
        Yes( )  No(X)

        1. Parties to previous action:
            (a) Plaintiff(s): N/A
            (b) Defendant(s): N/A
        2. Name of judge: N/A    Case #: N/A
        3. County and judicial circuit: N/A
        4. Approximate filing date: N/A
        5. If not still pending, date of dismissal: N/A
        6. Reason for dismissal: N/A
        7. Facts and claims of case: N/A

        **(Attach additional pages as necessary to list state court cases.)**

    B. Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?

        Yes( )  No(X)

        1. Parties to previous action:
            a. Plaintiff(s): N/A
            b. Defendant(s): N/A
        2. District and judicial division: N/A
        3. Name of judge: N/A    Case #: N/A
        4. Approximate filing date: N/A
        5. If not still pending, date of dismissal: N/A
        6. Reason for dismissal: N/A

7. Facts and claims of case: ___N/A___

**(Attach additional pages as necessary to list other federal court cases.)**

C. Have you initiated other actions (*besides those listed above in Questions (A) and (B)*) in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

Yes(X)   No( )

If YES, describe each action in the space provided below. If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

1. Parties to previous action:
   a. Plaintiff(s): __Thaddeus Chaylon Martin__
   b. Defendant(s): __Julie L. Jones__
2. District and judicial division: __Third District of Appeal__
3. Name of judge: __Nushin G. Sayfie__   Case #: __3D18-944__
4. Approximate filing date: __2-22-18 and 2-28-18__
5. If not still pending, date of dismissal: __Still pending__
6. Reason for dismissal: __N/A__
7. Facts and claims of case: __Violation of Double Jeopardy and Due Process__

**(Attach additional pages as necessary to list cases.)**

D. Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service? If so, identify each and every case so dismissed:

Yes( )   No(X)

1. Parties to previous action:
   a. Plaintiff(s): __N/A__
   b. Defendant(s): __N/A__
2. District and judicial division: __N/A__
3. Name of judge: __N/A__   Case Docket # __N/A__
4. Approximate filing date: __N/A__   Dismissal date: __N/A__
5. Reason for dismissal: __N/A__

4

6.  Facts and claims of case: __N/A__

(Attach additional pages as necessary to list cases.)

## V.  STATEMENT OF FACTS:

State briefly the FACTS of this case.  Describe how <u>each</u> Defendant was involved and what each person did or did not do which gives rise to your claim.  In describing what happened, state the names of persons involved, dates, and places.  <u>Do not make any legal arguments or cite to any cases or statutes.</u>  You must set forth separate factual allegations in separately numbered paragraphs.  You may make copies of this page if necessary to supply all the facts.  Barring extraordinary circumstances, no more than five (5) additional pages should be attached.  **(If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)**

8-29-16 I was attacked by officer Horn and Officer Mobley. (IOH excessive Force) (215-1609-0054 informal grievance #)(16-6-40183 Grievance log #) all has been approved and inspector general's office suppose to review for futher action; On 8-29-16 I was attacked by officer Horn and Officer Mobley, Sprayed with a Chemical agency (3) times and thrown to the ground and sprayed again until I could not breathe; All while I am handcuffed behind my back, holding all my property in my hands. I was not a threat to Officers, staff or other inmates, I also was secured. This incident happen in H-Dorm at Hamilton Annex. This incident was completely unnessary use of force; when my D/C time was up and expired Officer Horn and Officer Mobley attempted to move me to a different cell. Me and the occupant of the cell was not capaddable and I was on A/C Status and he was on D/C Status. As I arrived to cell I was being warned by all other inmates the officers were setting me up to be hurt, by placing me inside this cell with a Homosexual that has the H.I.V. virus and that is known for trouble. So I politely declined being put in that cell so I wouldnt be sexually harrassed and or assaulted. I simply ask to speak to Supervisor Sgt. Normon and Captain pass or any available white shirt; By this time I was being physically choaked, manhandled and force into cell. I said please let me speak to a supervisor and I was still hand cuffed behind my back I was sprayed with chemical Agency by Officer Horn and thrown to the ground by both officers, Officer Horn and Officer Mobley Since I was still hand cuffed behind my back caused my shoulder to be dislocated, just had knee surgery, knee re-injury need surgery again, sprayed again while on

5

Floor by officer Horn in my eyes, inside my ears, inside my nose was bleeding for weeks, also sprayed in my mouth as I said please stop I cant breathe! I have ashma and seizures! I had marks around my neck weeks later with scars and wounds. All was on camera and audio (H-Dorm)(Confinement Dorm) multiple witnesses. (Chris Heggs #J31138 Grievance #215-1608-0726) also been approved. As a result of the officers attacking acts the emotional damage and the physical injuries suffered by the plaintiff; plaintiff suffered a collarbone and dislocated shoulder injury, permanent nerve damage in his arm and left knee need surgery due to the physical harm. Also suffered extreme emotional distress, humiliation and psychological anguish that has contributed to plaintiffs inability to maintain incarcerated or society by officer having care over him. Resulting to his continued fear of being assauited while incarcerated or in custody of any officers. Since this incident the plainiff has been unable to maintain and become a productive member of general population. The defendants collectively abdicated their duty under state and federal law to provide the protection necessary to ensure that the plaintiff was safe and secure from his attackers and as a result of the defendants abdication the plaintiff was physically assaulted and injuried in violation of his right to be free from cruel and unusual punishment under the eight Amendment. Granting a declaration that the acts and omissions of the defendants described herein violated the plaintiffs Eight Amendment protection from cruel and unusual punishment through to deliberate indifference. ("The remedy for injury or damage suffered as a result of an act, event, or omission of an officer, employee, or agent of the State or any of its subdivisions or constitutional officers shall be by actions against the governmental entity")

6

## VI. STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section V. **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

Eight Amendment violation; The Defendants had a duty under the color of state and federal law to provide the protection necessary to ensure that the plaintiff was safe and secure from being attacked. Moreover the defendants owed plaintiff and his family a duty of care arising under the common law of Florida. See Lewis vs City of St. Petersburg, 260 F.3d 1260, 1263 (11th Cir 2001)[Reiterating Florida law] when a defendant including a police officer, by his or her conduct creates a foreseeable zone of risk the law imposes a duty owed by the Defendants to all individual within the zone to act with reasonable care. 402 F.3d 1092, 1119 (11th Cir 2005) Futher the Federal Court Claims Act 28 U.S.C. §§2671-2680

## VII. RELIEF REQUESTED:

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes.

A preliminary and permanent injuction against the Defendants future conduct. Set the cause for a jury trial on all issues/grounds triable by a jury. Compensatory damages in the amount $500,000.00 per defendant sued in individual and offical capacity. Punitive damages in the amount $500,000.00 per defendant sued in individual and offical capacity. Interest from the date of the Judgment as allowed by law. Cost of litigation and copy expense

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

11-8-2018
(Date)

[Signature] 11-8-2018
(Signature of Plaintiff)

**IF MAILED BY PRISONER:**

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one):
☐ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail system on: the 8th day of November, 2018.

[Signature] 11-8-2018
(Signature of Plaintiff)

Revised 03/07

7

Thaddeus Martin # M85852
Apalachee Correctional Institution
35 Apalachee Drive
Sneads, FL 32460

Mailed From A State
Correctional Institution



CHECKED NOV - 3 2018

United States District Court
Northern District of Florida
Office of the Clerk
111 North Adams Street, Suite #322
Tallahassee, FL 32301

Legal Mail

Please Help me!

PROVIDED TO APALACHEE CORRECTIONAL INSTITUTION ON 11-8-18 FOR MAILING

PROVIDED TO APALACHEE CORRECTIONAL INSTITUTION ON _____ FOR MAILING