# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

THADDEUS CHAYLON MARTIN,

    Plaintiff,

v.                                          CASE NO. 4:18cv132-RH-MJF

HORN and MOBLEY,

    Defendants.

_____/

## ORDER FOR TRANSFER

This case is before the court on the magistrate judge's report and recommendation, ECF No. 33, and the objections, ECF No. 34. The recommendation is for transfer of the case to the Middle District of Florida. The objections acknowledge that the case should proceed in the Middle District; the objections assert only that the case should not be dismissed. This order transfers but does not dismiss the case; it will remain pending until otherwise ordered but in the Middle District.

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. This case is transferred to the United States District Court for the Middle

District of Florida, Jacksonville Division. The clerk must take all steps necessary to effect the transfer.

SO ORDERED on April 24, 2019.

s/Robert L. Hinkle<br>United States District Judge